Weaver, J.
(dissenting). I dissent from the order granting the request of the Texas Court of Appeals, Fourteenth District, for an answer to the question, because I continue to question this Court’s constitutional authority to hear questions certified hy other courts.[1] Justice Young[2] and Justice Levin[3] have also questioned this Court’s authority to answer certified questions. Therefore, I would decline to answer the question in this case.

 See, e.g., In re Certified Questions (Melson v Prime Ins Syndicate, Inc), 472 Mich 1225 (2005) (Weaver, J., concurring); In re Certified Question (Wayne Co v Philip Morris Inc), 622 NW2d 518 (2001) (Weaver, J., dissenting); Proposed Amendment of MCR 7.305, 462 Mich 1208 (2000) (Weaver, C.J., dissenting); In re Certified Question (Kenneth Henes Special Projects Procurement, Marketing & Consulting Corp v Continental Biomass Industries, Inc), 468 Mich 109, 121 (2003) (Weaver, J., concurring).

 See In re Certified Question (Wayne Co v Philip Morris Inc), 622 NW2d 518 (2001) (Young, J., concurring).

 See In re Certified Question (Bankey v Storer Broadcasting Co), 432 Mich 438, 462-471 (1989) (separate opinion by Levin, J.).